**Law Offices of S. Henslee Smith**
Richard M. Stoll (SBN 110020)
1578 North Batavia Street
Orange, California 92867
Tel:   (714) 730-0220
Fax:  (714) 832-6009
Attorneys for: Plaintiff and Counterdefendant, City of Pomona
File No:   399M

**Barbanel & Treuer, P.C.**
Alan H. Barbanel (Cal Bar No. 108196)
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel:   (310) 282-8088
Fax:  (310) 282-8779
Attorneys for: Defendant and Counterclaimant General Reinsurance Corporation

## United States District Court

## Central District of California, Western Division

| | |
|---|---|
| City of Pomona,<br><br>        Plaintiff,<br>vs.<br>General Reinsurance Corporation; and Does 1 to 20,<br><br>        Defendants. | **Case No. 2:21-CV-01659-FLA-RAO**<br><br>**Notice of Settlement**<br><br>The Hon. Fernando L. Aenlle-Rocha<br><br>Trial Date: August 2, 2022 |
| General Reinsurance Corporation,<br><br>        Counterclaimant,<br>vs.<br>City of Pomona,<br><br>        Counterdefendant. | |

1

Notice of Settlement

To the Honorable Court, please take notice that Plaintiff/Counterdefendant, City of Pomona and Defendant/Counterclaimant, General Reinsurance Corporation, acting through counsel have settled this action. The parties will be filing a Joint Stipulation and Order for Dismissal with Prejudice once the Release and Settlement Agreement has been executed by all parties, which the parties anticipate will be no more than sixty (60) days from the date of this Notice of Settlement and prior to the date set for trial in this action.

Respectfully submitted:

Dated: January 4, 2021

Law Offices of S. Henslee Smith

By: *[signature]*
Richard M. Stoll, Attorneys for
Plaintiff and Counterdefendant,
City of Pomona

Dated: January 4, 2021

Barbanel & Treuer, P.C

By: /s/
Alan H. Barbanel, Attorneys for
Defendant and Counterclaimant,
General Reinsurance