**Law Offices of S. Henslee Smith**
Richard M. Stoll (Cal Bar No.110020)
1578 North Batavia Street
Orange, California 92867
Tel:  (714) 730-0220
Fax:  (714) 832-6009
Attorneys for: Plaintiff, City of Pomona

**Barbanel & Treuer, P.C.**
Alan H. Barbanel (Cal Bar No. 108196)
1925 Century Park East, Suite 350
Los Angeles, California 90067
Tel:  (310) 282-8088
Fax:  (310) 282-8779
Attorneys for: Defendant, General Reinsurance Corporation

# United States District Court

## Central District of California, Western Division

| | |
|---|---|
| City of Pomona,<br><br>　　　　　Plaintiff,<br>vs.<br>General Reinsurance Corporation; and Does 1 to 20,<br><br>　　　　　Defendants.<br><br>General Reinsurance Corporation,<br><br>　　　　　Counterclaimant,<br>vs.<br>City of Pomona,<br><br>　　　　　Counterdefendant. | Case No. 2:21-cv-01659-FLA-(RAOx)<br><br>**Joint Stipulation and Request for Conversion of Dismissal without Prejudice to Dismissal with Prejudice; and Order for Dismissal with Prejudice**<br><br>The Hon. Fernando L. Aenlle-Rocha |

1

Stipulation & Request & Proposed Order for Dismissal with Prejudice

## Recitals

Whereas, on January 4, 2022, Plaintiff and Counterdefendant City of Pomona (the "City") and Defendant and Counterclaimant General Reinsurance Corporation ("GRC") jointly filed a Notice of Settlement advising the Court they had reached a settlement of the case and that they would file a Joint Stipulation and Order for Dismissal with Prejudice once the Settlement Agreement had been executed by all parties.

Whereas, in light of the Notice of Settlement, on January 5, 2022, the Court issued an Order that dismissed the case without prejudice, vacated all pending litigation dates, and advised the City and GRC that it was retaining jurisdiction for 60 days to enforce the terms of the settlement.

Whereas, on February 15 and 16, 2022, the Settlement Agreement was fully executed by the City and GRC, thereby finalizing the settlement.

Pursuant to the express terms of the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the City and CRC, acting by and through counsel, jointly stipulate and request that the Court convert the dismissal of the case without prejudice to a dismissal of the case with prejudice, including without limitation the dismissal of the City's Complaint and GRC's Counterclaim, and all causes of actions and claims stated therein, with each party to bear their own attorney's fees and costs.

Dated: February 25, 2022

Law Offices of S. Henslee Smith

By: /s/ Richard M. Stoll
Richard M. Stoll, Attorneys for Plaintiff and Counterdefendant, City of Pomona

Dated: February 25, 2022

Barbanel & Treuer, P.C

By: *Alan H. Barbanel*
Alan H. Barbanel, Attorneys for
Defendant and Counterclaimant,
General Reinsurance Corporation