LAW OFFICES OF S. HENSLEE SMITH
Richard M. Stoll (Cal Bar No.110020)
1578 North Batavia Street
Orange, California 92867
Telephone:  (714) 730-0220
Facsimile:   (714) 832-6009

Attorneys for: Plaintiff, CITY OF POMONA

ALAN H. BARBANEL (Cal Bar No. 108196)
abarbanel@btlawla.com
BARBANEL & TREUER, P.C.
1925 Century Park East, Suite 350
Los Angeles, California 90067
Telephone:   (310) 282-8088
Facsimile:    (310) 282-8779

Attorneys for Defendant, GENERAL REINSURANCE CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CITY OF POMONA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>GENERAL REINSURANCE CORPORATION; and Does 1 to 20,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No. 2:21−cv−01659 FLA (RAOx)<br><br>[*Hon. Fernando L Aenlle−Rocha*]<br><br>**JOINT STIPULATION FOR CONVERSION OF DISMISSAL WITHOUT PREJUDICE TO DISMISSAL WITH PREJUDICE**<br><br>Trial Date:　　　None Set |

# RECITALS

Whereas, on January 4, 2022, Plaintiff and Counter-defendant City of Pomona (the "City") and Defendant and Counterclaimant General Reinsurance Corporation ("GRC") jointly filed a Notice of Settlement advising the Court they had reached a settlement of the case and that they would file a Joint Stipulation and Order for Dismissal with Prejudice once the Settlement Agreement had been executed by all parties.

Whereas, in light of the Notice of Settlement, on January 5, 2022, the Court issued an Order that dismissed the case without prejudice, vacated all pending litigation dates, and advised the City and GRC that it was retaining jurisdiction for 60 days to enforce the terms of the settlement, and that the parties could subsequently file a stipulation to convert the Dismissal without Prejudice to a Dismissal with Prejudice without Court approval. [DOC 17]

Whereas, on February 15 and 16, 2022, the Settlement Agreement was fully executed by the City and GRC, thereby finalizing the settlement.

Now, therefore, pursuant to the express terms of the Settlement Agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the City and CRC, acting by and through counsel, jointly stipulate that the dismissal of the case without prejudice is hereby converted to a dismissal of the case with prejudice, including without limitation the dismissal of the City's Complaint and GRC's Counterclaim, and all causes of actions and claims stated therein, with each party to bear its own attorney's fees and costs.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| DATED: March 18, 2022 | | LAW OFFICES OF S. HENSLEE SMITH<br>RICHARD M. STOLL |
| | By: | /s/ Richard M. Stoll<br>RICHARD M. STOLL<br>Attorneys for Plaintiff and Counter-Defendant CITY OF POMONA |
| DATED: March 18, 2022 | | BARBANEL & TREUER, P.C.<br>ALAN H. BARBANEL<br>ILYA A. KOSTEN |
| | By: | /s/ Ilya A. Kosten<br>ILYA A. KOSTEN<br>Attorneys for Defendant and Counterclaimant, GENERAL REINSURANCE CORPORATION |